# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHERYL MCARTHUR,

    Defendant.

Case No. 15-CR-83-2-JPS

**ORDER**

On December 5, 2016, the government filed a motion for a final order of forfeiture and judgment as to certain property of the defendants. (Docket #285). The Court, having considered the motion together with the affidavit of Assistant United States Attorney Laura S. Kwaterski, (Docket #286), and being satisfied that the terms and provisions of Title 21, United States Code, Section 853 have been satisfied, will grant the motion.

Accordingly,

**IT IS ORDERED** that, pursuant to Title 21, United States Code, Section 853, the United States of America's motion for order of forfeiture and judgment (Docket #285) be and the same is hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that, pursuant to Title 21, United States Code, Section 853, the United States of America has clear title to the following items, and may dispose of the property according to law:

1. Approximately $44,939 in United States currency seized on or about December 17, 2013; and

2. A cashier's check, number 825729, drawn on BMO Harris Bank N.A. in the amount of $58,516.44, seized on or about March 6, 2015, representing the proceeds of the sale of the real property located at 8033 W. Townsend Avenue, Milwaukee, WI;

Dated at Milwaukee, Wisconsin, this 9th day of December, 2016.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge